UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CHRISTOPHER BESS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **V.** § | |
| § **CIVIL ACTION NO.** 1:19-CV-1006 | |
| **SECURITAS SECURITY** § | |
| **SERVICES USA, INC.** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT SECURITAS SECURITY SERVICES USA, INC.'S
## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Securitas Security Services USA, Inc. ("Defendant") files its Notice of Removal to the United States District Court for the Western District of Texas, Austin, Division, on the basis of diversity of citizenship and amount in controversy and respectfully shows the following.

## I.
## FACTUAL BACKGROUND

1. On or about September 6, 2019, Plaintiff Christopher Bess filed his Original Petition in a case styled *Christopher Bess v. Securitas Security Services USA, Inc.*, Cause No. Defendant-1-GN-19-005827, pending in the 250th Judicial District Court for Travis County, Texas.

2. Securitas Security Services USA, Inc. ("Securitas") received service of the Original Petition on September 16, 2019. Securitas filed its Original Answer and General Denial to Plaintiff's Original Petition on October 7, 2019.

3. Securitas files this notice of removal within 30 days of this case becoming removable and within one year from the commencement of the action. *See* 28 U.S.C. §1446(b) and (c).

Simultaneously with the filing of this Notice of Removal, Defendant submits the following:

- **Exhibit A:** is a copy of the Index of the Travis County District Clerk that clearly identifies each document and indicates the date the document was filed in state court.

- **Exhibit B:** is a copy of Plaintiff's Original Petition and Jury Demand**.**

- **Exhibit C:** is a copy of the citation issued to Securitas Security Services USA, Inc.'s.

- **Exhibit D:** is a copy of Defendant Securitas Security Services USA, Inc.'s Original Answer and General Denial**.**

- **Exhibit E:** is a copy of the Travis County District Court Docket Sheet.

## II.
## BASIS FOR REMOVAL

4. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

5. Upon information and belief, Plaintiff, Christophe Bess a resident of the state of Texas at the time the lawsuit was filed.

6. Securitas is, and was at the time the lawsuit was filed, incorporated under the laws of the state of Delaware, with its principal place of business in Westlake Village, CA.

7. As alleged in his Original Petition, Plaintiff stipulates that he seeks monetary relief between $200,000 and $1,000,000. *See* Plaintiff's Original Petition, paragraph g (**Exhibit B**). Therefore, the amount in controversy exceeds the jurisdictional requirements for removal.

## III.
## THE REMOVAL IS PROCEDURALLY CORRECT

8. Because it is being filed within 30 days after the case became removable and within one year from the commencement of the action, the removal is timely under 28 U.S.C. § 1446(b) and (c).

9. Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

10. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

11. Promptly after Securitas files this Notice of Removal, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

12. Promptly after Securitas files this Notice of Removal, a true and correct copy of same will be filed with the Clerk of the Travis County District Court pursuant to 28 U.S.C. §1446(d).

## IV.
## CONCLUSION

Based upon the foregoing, the exhibits submitted in support of this Notice and other documents filed contemporaneously with this Notice and fully incorporated herein by reference, Defendant hereby removes this case to this Court for trial and determination.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Barry A. Moscowitz*
Barry A. Moscowitz
State Bar No. 24004830
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: bmoscowitz@thompsoncoe.com

Leticia "Letty Aguilar
State Bar No. 24085164
701 Brazos, Suite 1500
Austin, TX 78701
Telephone: (512) 708-8200
Facsimile: (512) 708-8777
Email: laguilar@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT SECURITAS SECURITY SERVICES USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2019, a true and correct copy of the foregoing document was served upon all known counsel by electronic service in accordance with the Federal Rules of Civil Procedure:

Philip Durst
**Deats, Durst & Owen, P.L.L.C.**
707 W. 34th Street, Suite 3
Austin, Texas 78705
Telephone: 512-474-6200
Fax: 512-474-7896
Email: pdurst@ddollaw.com
*ATTORNEY FOR PLAINTIFF CHRISTOPHER BESS*

*/s/ Leticia "Letty" Aguilar*
Leticia "Letty" Aguilar