IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHRISTOPHER BESS,                          §
                                           §
            Plaintiff,                     §
                                           §
v.                                         §            1:19-CV-1006-RP
                                           §
SECURITAS SECURITY SERVICES                §
USA, INC.,                                 §
                                           §
            Defendant.                     §

## FINAL JUDGMENT

On August 11, 2021, the Court issued an order dismissing Plaintiffs' complaint. (Order, Dkt.

34). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of

Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 11, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE